**Order Filed September 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01547-CV

**DELINDA BREWSTER, Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC AND AMERICAN HOMES 4 RENT, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03783-E**

## ORDER

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart

Before the Court is appellant's August 24, 2016 Motion to Re-Open Case on Appeal and appellant's September 7, 2016 motion to extend deadline for filing first brief. The Court dismissed this appeal for want of prosecution on August 17, 2016 after Appellant failed to file her brief following one extension, despite the Court's warning that the appeal would be dismissed if she failed to file her brief by the extended deadline, and after she failed to respond to appellee's motion to dismiss the appeal or to otherwise communicate with the Court regarding the status of her brief or appellee's motion to dismiss. The Court **DENIES** appellant's August 24, 2016 motion to re-open case on appeal and **DENIES** appellant's September 7, 2016 motion to extend deadline for filing first brief.

/s/ ELIZABETH LANG-MIERS
JUSTICE